UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   -v-<br><br>ELHADJI BARA KAIRE,<br><br>                    Defendant. | CASE NO.: 24 Cr. 487 (SLC)<br><br>**<u>SCHEDULING ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the Sentencing scheduled for December 16, 2024 at 10:00 am is now **RESCHEDULED** to **Monday, January 6, 2025 at 2:00 pm** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         December 13, 2024

                                                SO ORDERED

                                                _____
                                                **SARAH L. CAVE**
                                                **United States Magistrate Judge**