UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ELHADJI BARA KAIRE,

                Defendant.

CASE NO.: 24 Cr. 487 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Sentencing scheduled for January 6, 2024 at 2:00 pm is now **RESCHEDULED** to **Friday, January 24, 2025 at 11:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:    New York, New York
              January 6, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**