UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

ELHADJI BARA KAIRE,

             Defendant.

CASE NO.: 24 Cr. 487 (SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Friday, April 18, 2025 at 9:30 am** on the Court's conference line. The parties, including Mr. Kaire, are directed to call: (646) 453-4442; Phone Conference ID: 191 254 268# at the scheduled time.

Dated: New York, New York
       January 24, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**